# AFFIDAVIT OF SERVICE

August 12, 2008

SHERIFFS NUMBER, Law 231946   DEFENDANT 1 OF 1   BERGEN COUNTY SHERIFF DEPT
TYPE OF SERVICE                                    MARTHA

I, LEO P. MCGUIRE, SHERIFF OF BERGEN COUNTY, DO HEREBY DEPUTIZE  S/o Steve Stallard
AND APPOINT, TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

**ATTORNEY**                                                CHECK #        AMOUNT
WENDIE L. ELOVICH, PA.                                       6095          $  30.72
180 WHITE ROAD
SUITE 204
LITTLE SILVER, NJ 07739                                 CONTROL # 119215-1

## COURT DATA

COURT    US DISTRICT
DOCKET 083660KSH                    STATE  NJ          COUNTY OF VENUE   Bergen

### CAPTION OF CASE

ANTHONY KERR
VS
NEWARK, CITY OF ET ALS

RECEIVED
OCT 17 2008

### NAMED WITHIN TO BE SERVICE
NAME       **INSTITUTE FOR FORENSIC PSYCHOLOGY**
ADDRESS    **5 FIR COURT SUITE 4**
CITY, STATE, ZIP  **OAKLAND, NJ 07436**

### PAPERS SERVED
SUMMONS AND COMPLAINT, CASE INFORMATION STATEMENT AND TRACK ASSIGNMENT NOTICE

### SERVICE DATA RECORDED

[ ✓ ] SERVED  [ ] UNABLE TO SERVE  (1) _____   DATE [10]/[15]/[08]

ATTEMPTS _____   (2) _____   TIME [14]:[56]:[pm]

**REMARKS:** _____

**PERSON SERVED:** Deidra Geddis

[ ] COPY PERSONALLY DELIVERED           [ ] MANAGING or GENERAL AGENT, PARTNER
[ ] COPY LEFT WITH:                     [ ✓ ] REGISTERED AGENT
    COMPETENT HOUSEHOLD MEMBER OVER     [ ✓ ] AGENT AUTHORIZED TO ACCEPT
    14 YRS OF AGE RESIDING THEREIN      [ ] DIRECTOR, TRUSTEE
[ ] OFFICER

            [ ] IS IN THE MILITARY    [ ✓ ] NOT IN THE MILITARY
SEX:    [ ] MALE    [ ] FEMALE
SKIN:   [ ] WHITE   [ ] BLACK    [ ] YELLOW    [ ] BROWN    [ ] RED
HEIGHT: [ ] UNDER 5 FEET   [ ] 5.0-5.6 FT   [ ] 5.7-6.0 FT   [ ] OVER 6 FT
WEIGHT: [ ] UNDER 100 LBS  [ ] 100-150 LBS. [ ] 151-200 LBS  [ ] OVER 200 LBS
HAIR:   [ ] BLACK   [ ] BROWN  [ ] BLOND   [ ] GRAY  [ ] RED  [ ] WHITE  [ ] BALDING
AGE:    [ ] 14-20   [ ] 21-35  [ ] 36-50   [ ] 51-65  [ ] OVER 65

SWORN AND SUBSCRIBED TO BEFORE ME
THIS _____ DAY OF _____ 20___      S. Stallard #1259

                                         DEPUTY SHERIFF OF BERGEN COUNTY
                                              STATE OF NEW JERSEY

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of New Jersey

ANTHONY KERR

**SUMMONS IN A CIVIL ACTION**

V.

CITY OF NEWARK, ET ALS.

CASE NUMBER: 08-3660-KSH

TO: (Name and address of Defendant)

The Institute for Forensic Psychology
5 Fir Court, Suite 4
Oakland, New Jersey 07436

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Office of Wendie L. Elovich, P.A.
180 White Road, Suite 204
Little Silver, NJ 07739
(732) 842-3224

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_William T. Walsh_                                    8/6/08
CLERK                                                  DATE
_Charlie Sanders_
(By) DEPUTY CLERK