AFFIDAVIT OF SERVICE

August 12, 2008

SHERIFFS NUMBER  Law 231946          DEFENDANT 1 OF 1          BERGEN COUNTY SHERIFF DEPT
TYPE OF SERVICE                                                MARTHA

I, LEO P. MCGUIRE, SHERIFF OF BERGEN COUNTY, DO HEREBY DEPUTIZE _____ S/o Steve Stallard
AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

ATTORNEY                                         CHECK #           AMOUNT
WENDIE L. ELOVICH, PA.                           6095              $   30.72
180 WHITE ROAD
SUITE 204
LITTLE SILVER, NJ 07739
                                                 CONTROL # 119215-1

                              COURT DATA
COURT   US DISTRICT
DOCKET  083660KSH              STATE  NJ          COUNTY OF VENUE   Bergen

                             CAPTION OF CASE

ANTHONY KERR
VS
NEWARK, CITY OF ET ALS

                         NAMED WITHIN TO BE SERVICE
NAME             **INSTITUTE FOR FORENSIC PSYCHOLOGY**
ADDRESS          **5 FIR COURT SUITE 4**
CITY, STATE, ZIP **OAKLAND, NJ  07436**

                             PAPERS SERVED
SUMMONS AND COMPLAINT, CASE INFORMATION STATEMENT AND TRACK
ASSIGNMENT NOTICE

                         S E R V I C E   D A T A   R E C O R D E D

[ ✓ ] SERVED   [  ] UNABLE TO SERVE  (1) _____   DATE [ 10 ]/[ 15 ]/[ 08 ]

ATTEMPTS _____        (2) _____   TIME [ 14 ]:[ 56 ]:[ pm ]

REMARKS: _____

PERSON SERVED: Deidra Geddis

    [  ] COPY PERSONALLY DELIVERED              [  ] MANAGING or GENERAL AGENT, PARTNER
    [  ] COPY LEFT WITH:                        [ ✓ ] REGISTERED AGENT
         COMPETENT HOUSEHOLD MEMBER OVER        [ ✓ ] AGENT AUTHORIZED TO ACCEPT
         14 YRS OF AGE RESIDING THEREIN         [  ] DIRECTOR, TRUSTEE
    [  ] OFFICER

           [  ] IS IN THE MILITARY      [ ✓ ] NOT IN THE MILITARY
SEX:       [  ] MALE        [  ] FEMALE
SKIN:      [  ] WHITE       [  ] BLACK      [  ] YELLOW      [  ] BROWN       [  ] RED
HEIGHT:    [  ] UNDER 5 FEET    [  ] 5.0 –5.6 FT     [  ] 5.7 – 6.0 FT      [  ] OVER 6 FT
WEIGHT:    [  ] UNDER 100 LBS   [  ] 100-150 LBS.    [  ] 151-200 LBS       [  ] OVER 200 LBS
HAIR:      [  ] BLACK       [  ] BROWN      [  ] BLOND      [  ] GRAY      [  ] RED      [  ] WHITE      [  ] BALDING
AGE:       [  ] 14-20       [  ] 21-35      [  ] 36-50      [  ] 51-65     [  ] OVER 65

SWORN AND SUBSCRIBED TO BEFORE ME
THIS _____ DAY OF _____ 20___          S. Stallard #1259
                                            _____
                                            DEPUTY SHERIFF OF BERGEN COUNTY
                                            STATE OF NEW JERSEY