**WILLIS & ZIDZIUNAS, LLC**
**921 Bergen Avenue, Suite 822**
**Jersey City, New Jersey 07306**
**201-798-7979**
**Attorneys for Defendants, Sergeant Bernard Bynum, Lieutenant Pablo Rodriguez**
**and Captain William Sanchez**
**File No.: 07377-0001**

| | |
|---|---|
| **ANTHONY KERR,** | **UNITED STATES DISTRICT COURT FOR DISTRICT OF NEW JERSEY** |
| **Plaintiff,** | **CIVIL ACTION NO.: 08-cv-3660** |
| **vs.** | |
| **CITY OF NEWARK, CITY OF NEWARK POLICE DEPARTMENT, CAPTAIN RONALD KINDER, SERGEANT BERNARD BYNUM, DIRECTOR GARRY MCCARTHY, LIEUTENANT PABLO RODRIGUEZ, LIEUTENANT DARRIN MARESCA, LIEUTENANT SALVATORE RUSSOMANO, CAPTAIN WILLIAM SANCHEZ, DONALD BRADLEY, LUIS QUINTANA, AUGUSTO AMADOR, MILDRED C. CRUMP, DANA RONE, ANIBEL RAMOS, JR., RONALD RICE, JR., OSCAR JAMES, JR., CARLOS GONZALEZ, DONALD PAYNE, JR., CORY BOOKER, and JOHN and JANE DOES 1-10, THE INSTITUTE FOR FORENSIC PSYCHOLOGY,** | **CERTIFICATION OF COUNSEL IN SUPPORT OF A CONFIDENTIALITY ORDER PURSUANT TO L.CIV.R. 5.3(B)** |
| **Defendants.** | |

**JOHN J. ZIDZIUNAS**, **ESQ.**, by way of Certification, says that:

1.    I am a member of the firm of Willis & Zidziunas, LLC, attorneys for the defendants, Bernard Bynum, Lieutenant Pablo Rodriguez and Captain William Sanchez, with regard to the above captioned matter.

2.    Pursuant to L.Civ.R. 5.3(b), the parties have entered into a written agreement to keep materials produced in discovery confidential and to return or destroy such materials as agreed by the parties and as allowed by law.

3.    The nature of the materials the parties desire to keep confidential include, *inter alia*, various Internal Affairs files, Training Files, Personnel Files, Proprietary Test Materials, Forensic Materials and Files of the individually named defendants from the City of Newark, the Newark Police Department and the Institute For Forensic Psychology.

4.    The aforementioned materials sought to be protected are highly sensitive in nature and therefore warrant legitimate privacy concerns to both the defendants in this litigation and members of the public.

5.    In the event a Confidentiality Order was not entered into, the sensitive nature of the materials sought to be protected would be exposed to the public and could jeopardize police investigations and violate significant privacy and constitutional rights.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully misleading or untrue, I am subject to punishment.

_____/S/_____
**JOHN J. ZIDZIUNAS**

**DATED**:    January 13, 2009