```
****** P R O O F  O F  S E R V I C E ******    8/12/08
================================================================================
CHANCERY DOCKET....08-008059  DEFENDANT SEQUENCE 001 OF 022
OFFICER........ 88101   JOHN CATANZARO   MINGO                    RECEIVED
TYPE OF EXECUTION.......   SUMMONS AND COMPLAINT
================================================================================
                                                                   FEB 10 2009

                                                          AT 8:30_____M
*================ ATTORNEY ================*                WILLIAM T. WALSH, CLERK
|                                          |
|   WENDIE L. ELOVICH                      |         CHECK #          AMOUNT
|                                          |         6096             371.10
|   180 WHITE ROAD                         |
|   SUITE 204                              |
|   LITTLE SILVER       NJ   07739         |
|                                          |
==================================== COURT DATA =========================MARY
COURT OF ISSUANCE........ UNITED STATES DISTRICT COURT        FOLD _____
  RETURNABLE DATE...              TIME...
  DOCKET..083660KSH      STATE.... NJ    COUNTY OF VENUE....ESSEX COUNTY
========================================== CAPTION OF CASE ====================
INDIVIDUAL NAME..........  ANTHONY          KERR
    VS... CITY OF NEWARK ET ALS
================DEFENDANT OR NAMED WITHIN TO BE SERVED=========================
GOVERNMENT NAME..........  CITY OF NEWARK
                        *======================================================*
    ADDRESS 1............ | 0000000920    BROAD                ST             |
    ADDRESS 2............ |                                                   |
    TOWN/STATE/ZIP....... | NEWARK                   NJ    07102              |
================================= PAPERS SERVED ===============================
CERTIFICATION
SUMMONS AND COMPLAINT
================= S E R V I C E  D A T A  R E C O R D E D ====================
SERVED SUCCESSFULLY.... X    UNABLE TO SERVE.......| |   DATE.. 08-12-08

REMARKS: |_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
         |_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
            CLERK................................................| |
            SECRETARY............................................| |
            AUTH.TO ACCEPT ON BEHALF OF U.S.ATTORNEY..............| |
            OTHER................................................X

PERSON SERVED..........     MS. VIDALINA GUADALUPE (AUTH. TO ACCEPT.)

SEX    : | | MALE  | | FEMALE
SKIN   : | | WHITE | | BLACK  | | YELLOW   | | BROWN | | RED
HEIGHT : | | UNDER 5 FEET | | 5.0-5.6FT | | 5.7-6.0 | | OVER 6FT
WEIGHT : | | UNDER 100LBS | | 100-150LBS | | 151-200LBS | | OVER 200LBS
HAIR   : | | BLACK | | BROWN  | | BLOND | | GRAY | | RED | | WHITE | | BALDING
AGE    : | | 14-20 | | 21-35  | | 36-50 | | 51-65 | | OVER 65
```

RECEIVED
SEP 12 2008
SUPERIOR COURT
CLERK'S OFFICE

ARMANDO B. FONTOURA
ESSEX COUNTY SHERIFF
BY: _Frankie Mingo_
    _Process_
SHERIFFS:  X OFFICER | | INVESTIGATOR
STATE OF NEW JERSEY

```
****** P R O O F   O F   S E R V I C E *******   8/12/08
================================================================================
CHANCERY DOCKET....08-008059  DEFENDANT SEQUENCE 002 OF 022
OFFICER.........  ~~00101~~  ~~JOHN GATANSARO~~ MINGO         CONTROL# 472378
TYPE OF EXECUTION........  SUMMONS AND COMPLAINT
================================================================================


*================ ATTORNEY =================*
|                                           |
|  WENDIE L. ELOVICH                        |       CHECK #        AMOUNT
|                                           |        6096          371.10
|  180 WHITE ROAD                           |
|  SUITE 204                                |
|  LITTLE SILVER       NJ   07739           |
|                                           |
=========================== COURT DATA ====================== MARY
COURT OF ISSUANCE........ UNITED STATES DISTRICT COURT      FOLD _____
  RETURNABLE DATE...              TIME...
  DOCKET..083660KSH        STATE.... NJ      COUNTY OF VENUE....ESSEX COUNTY
======================== CAPTION OF CASE ======================================
INDIVIDUAL NAME.......... ANTHONY         KERR
    VS... CITY OF NEWARK ET ALS
==================DEFENDANT OR NAMED WITHIN TO BE SERVED=======================
INDIVIDUAL NAME.......... DONALD          BRADLEY
                  *==========================================*
   ADDRESS 1.............| 0000000920    BROAD                    ST    |
   ADDRESS 2.............|                                              |
   TOWN/STATE/ZIP........|NEWARK                NJ      07102           |
========================== PAPERS SERVED ======================================
CERTIFICATION
SUMMONS AND COMPLAINT
================= S E R V I C E   D A T A   R E C O R D E D ==================
SERVED SUCCESSFULLY.....| |   UNABLE TO SERVE........[X]   DATE..|08|-|12|-|08|
REMARKS: CITY CLERK OFFICE REFUSED TO ACCEPT MR. DONALD
BRADLEY IS NO LONGER EMPLOYED WITH THE CITY.
         COPY PERSONALLY DELIVERED.......................| |
         COPY LEFT WITH:
         COMPETENT HOUSEHOLD MEMBER OVER 14 YEARS OLD
         RESIDING THEREIN................................| |
         OTHER...........................................[X]
PERSON SERVED..........  |_____|
                         IS IN THE MILITARY....| |  NOT IN THE MILITARY...| |
SEX   : | | MALE   | | FEMALE
SKIN  : | | WHITE  | | BLACK  | | YELLOW | | BROWN | | RED
HEIGHT: | | UNDER 5 FEET | | 5.0-5.6FT | | 5.7-6.0 | | OVER 6FT
WEIGHT: | | UNDER 100LBS  | | 100-150LBS  | | 151-200LBS  | | OVER 200LBS
HAIR  : | | BLACK  | | BROWN | | BLOND | | GRAY | | RED | | WHITE | | BALDING
AGE   : | | 14-20  | | 21-35 | | 36-50 | | 51-65 | | OVER 65

                              ARMANDO B. FONTOURA
                              ESSEX COUNTY SHERIFF
                              BY: Dennis Mingo
                              _____
                              SHERIFFS: [X]OFFICER| |INVESTIGATOR
                              STATE OF NEW JERSEY
```