```
****** P R O O F   O F   S E R V I C E  *******   8/12/08
================================================================
CHANCERY DOCKET....08-008059  DEFENDANT SEQUENCE 001 OF 022
OFFICER......... 38101   ~~JOHN CATANZARO~~  MINGO
TYPE OF EXECUTION........   SUMMONS AND COMPLAINT
================================================================
```

**RECEIVED FEB 10 2009 AT 8:30 __M WILLIAM T. WALSH, CLERK**

```
*================ ATTORNEY =================*
|                                            |        CHECK #          AMOUNT
|  WENDIE L. ELOVICH                         |         6096            371.10
|                                            |
|  180 WHITE ROAD                            |
|  SUITE 204                                 |
|  LITTLE SILVER        NJ   07739           |
|                                            |
===================== COURT DATA ====================== MARY
COURT OF ISSUANCE........  UNITED STATES DISTRICT COURT      FOLD _____
   RETURNABLE DATE...                TIME...
   DOCKET..083660KSH       STATE.... NJ     COUNTY OF VENUE....ESSEX COUNTY
========================= CAPTION OF CASE =========================
INDIVIDUAL NAME..........  ANTHONY          KERR
   VS... CITY OF NEWARK ET ALS
==================DEFENDANT OR NAMED WITHIN TO BE SERVED==============
GOVERNMENT NAME..........  CITY OF NEWARK
                        *====================================*
   ADDRESS 1............|  0000000920    BROAD           ST    |
   ADDRESS 2............|                                       |
   TOWN/STATE/ZIP.......| NEWARK              NJ   07102        |
========================= PAPERS SERVED ==========================
CERTIFICATION
SUMMONS AND COMPLAINT
================== S E R V I C E   D A T A   R E C O R D E D ===========
SERVED SUCCESSFULLY....X   UNABLE TO SERVE.......|  |  DATE.. 08-12-08

REMARKS: |_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _|
         |_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _|
           CLERK........................................|  |
           SECRETARY....................................|  |
           AUTH.TO ACCEPT ON BEHALF OF U.S.ATTORNEY......|  |
           OTHER........................................X

PERSON SERVED...........   MS. VIDALINA GUADALUPE (AUTH. TO ACCEPT.)

SEX    : | | MALE      | | FEMALE
SKIN   : | | WHITE     | | BLACK     | | YELLOW    | | BROWN    | | RED
HEIGHT : | | UNDER 5 FEET | | 5.0-5.6FT | | 5.7-6.0 | | OVER 6FT
WEIGHT : | | UNDER 100LBS | | 100-150LBS | | 151-200LBS | | OVER 200LBS
HAIR   : | | BLACK | | BROWN | | BLOND | | GRAY | | RED | | WHITE | | BALDING
AGE    : | | 14-20 | | 21-35 | | 36-50 | | 51-65 | | OVER 65
```

**RECEIVED SEP 12 2008 SUPERIOR COURT CLERK'S OFFICE**

ARMANDO B. FONTOURA
ESSEX COUNTY SHERIFF
BY: _Ronnie Mingo_
    Process
SHERIFFS:  X OFFICER | | INVESTIGATOR
STATE OF NEW JERSEY

```
****** P R O O F   O F   S E R V I C E *******      8/12/08
====================================================================
CHANCERY DOCKET....08-008059  DEFENDANT SEQUENCE 003 OF 022
OFFICER......... ~~JOHN CATANZARO~~ MINGO                CONTROL# 472378
TYPE OF EXECUTION........  SUMMONS AND COMPLAINT
====================================================================


*================ ATTORNEY =================*
|                                           |
|   WENDIE L. ELOVICH                       |        CHECK #         AMOUNT
|                                           |         6096            371.10
|   180 WHITE ROAD                          |
|   SUITE 204                               |
|   LITTLE SILVER      NJ   07739           |
|                                           |
========================== COURT DATA ========================= MARY
COURT OF ISSUANCE........ UNITED STATES DISTRICT COURT       FOLD _____
  RETURNABLE DATE...                TIME...
  DOCKET..083660KSH       STATE.... NJ       COUNTY OF VENUE....ESSEX COUNTY
=========================== CAPTION OF CASE ==========================
INDIVIDUAL NAME.......... ANTHONY       KERR
  VS... CITY OF NEWARK ET ALS
==================DEFENDANT OR NAMED WITHIN TO BE SERVED==============
INDIVIDUAL NAME.......... LOUIS         QUINTANA
                         *=======================================*
   ADDRESS 1............. | 0000000920    BROAD           ST    |
   ADDRESS 2.............|                                      |
   TOWN/STATE/ZIP........ |NEWARK                NJ  07102      |
======================= PAPERS SERVED =================================
CERTIFICATION
SUMMONS AND COMPLAINT
================== S E R V I C E   D A T A   R E C O R D E D ==========
SERVED SUCCESSFULLY.... X   UNABLE TO SERVE......| |  DATE..|0|8|-|1|2|-|0|8|

REMARKS: |_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _|
         |_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _|
             COPY PERSONALLY DELIVERED.....................| |
             COPY LEFT WITH:
             COMPETENT HOUSEHOLD MEMBER OVER 14 YEARS OLD
             RESIDING THEREIN..............................
             OTHER.........................
PERSON SERVED............. |MS. VIDALINA GUADALUE (AUTH. TO ACCEPT)_|
                           |IS IN THE MILITARY....| |  NOT IN THE MILITARY...| |
SEX    : | | MALE    | | FEMALE
SKIN   : | | WHITE   | | BLACK   | | YELLOW | | BROWN | | RED
HEIGHT:  | | UNDER 5 FEET | | 5.0-5.6FT | | 5.7-6.0 | | OVER 6FT
WEIGHT:  | | UNDER 100LBS | | 100-150LBS | | 151-200LBS | | OVER 200LBS
HAIR   : | | BLACK   | | BROWN   | | BLOND  | | GRAY  | | RED | | WHITE | | BALDING
AGE    : | | 14-20   | | 21-35   | | 36-50  | | 51-65 | | OVER 65

                                    ARMANDO B. FONTOURA
                                    ESSEX COUNTY SHERIFF
                                    BY: Donnie Mingo
                                        Process
                                    SHERIFFS: X|OFFICER| |INVESTIGATOR
                                    STATE OF NEW JERSEY
```

```
****** P R O O F   O F   S E R V I C E  *******     8/12/08
================================================================
CHANCERY DOCKET....08-008059  DEFENDANT SEQUENCE 004 OF 022
OFFICER........  ~~86101~~  ~~JOHN CATANZARO~~  MINGO          CONTROL# 472378
TYPE OF EXECUTION........       SUMMONS AND COMPLAINT
================================================================


*================ ATTORNEY =================*
|                                           |         CHECK #         AMOUNT
|    WENDIE L. ELOVICH                      |         6096            371.10
|                                           |
|    180 WHITE ROAD                         |
|    SUITE 204                              |
|    LITTLE SILVER        NJ   07739        |
|                                           |
=============================== COURT DATA =====================MARY
COURT OF ISSUANCE........  UNITED STATES DISTRICT COURT    FOLD _____
   RETURNABLE DATE...                    TIME...
   DOCKET..083660KSH       STATE.... NJ    COUNTY OF VENUE....ESSEX COUNTY
============================ CAPTION OF CASE ===================
INDIVIDUAL NAME..........  ANTHONY         KERR
   VS... CITY OF NEWARK ET ALS
==================DEFENDANT OR NAMED WITHIN TO BE SERVED========
INDIVIDUAL NAME..........  AUGUSTO         AMADOR
                        *===========================================*
   ADDRESS 1...............| 0000000920    BROAD              ST   |
   ADDRESS 2...............|                                       |
   TOWN/STATE/ZIP..........|NEWARK                  NJ   07102     |
============================ PAPERS SERVED =====================
CERTIFICATION
SUMMONS AND COMPLAINT
================ S E R V I C E   D A T A   R E C O R D E D =====
SERVED SUCCESSFULLY.....[X]   UNABLE TO SERVE........| |  DATE..|08|-|12|-|08|

REMARKS: |_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _|
         |_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _|
            COPY PERSONALLY DELIVERED.....................| |
            COPY LEFT WITH:
            COMPETENT HOUSEHOLD MEMBER OVER 14 YEARS OLD
            RESIDING THEREIN..............................| |
            OTHER......................  MS. VIDALINA GUADALUNE (AUTH. TO ACCEPT.) [X]
PERSON SERVED..........
                           IS IN THE MILITARY....| |  NOT IN THE MILITARY...| |
SEX    : | | MALE   | | FEMALE
SKIN   : | | WHITE  | | BLACK  | | YELLOW | | BROWN | | RED
HEIGHT:  | | UNDER 5 FEET | | 5.0-5.6FT | | 5.7-6.0 | | OVER 6FT
WEIGHT:  | | UNDER 100LBS | | 100-150LBS | | 151-200LBS | | OVER 200LBS
HAIR   : | | BLACK  | | BROWN  | | BLOND | | GRAY | | RED | | WHITE | | BALDING
AGE    : | | 14-20  | | 21-35  | | 36-50 | | 51-65 | | OVER 65

                                      ARMANDO B. FONTOURA
                                      ESSEX COUNTY SHERIFF
                                      BY: Ronnie Mingo
                                          Process
                                      SHERIFFS: [X] OFFICER| | INVESTIGATOR
                                      STATE OF NEW JERSEY
```

```
****** P R O O F   O F   S E R V I C E  *******   8/12/08
==================================================================
CHANCERY DOCKET....08-008059  DEFENDANT SEQUENCE 005 OF 022
OFFICER......... ~~00101~~  ~~JOHN CATANZARO~~  MINGO        CONTROL# 472378
TYPE OF EXECUTION........  SUMMONS AND COMPLAINT
==================================================================


*================ ATTORNEY ================*
|                                          |
|   WENDIE L. ELOVICH                      |       CHECK #         AMOUNT
|                                          |        6096            371.10
|   180 WHITE ROAD                         |
|   SUITE 204                              |
|   LITTLE SILVER      NJ   07739          |
|                                          |
================================ COURT DATA ======================MARY
COURT OF ISSUANCE........ UNITED STATES DISTRICT COURT      FOLD
  RETURNABLE DATE...              TIME...
  DOCKET..083660KSH        STATE....NJ     COUNTY OF VENUE....ESSEX COUNTY
================================ CAPTION OF CASE =================
INDIVIDUAL NAME........... ANTHONY        KERR
  VS... CITY OF NEWARK ET ALS
==================DEFENDANT OR NAMED WITHIN TO BE SERVED==========
INDIVIDUAL NAME........... MILDRED        C CRUMP
                       *==========================================*
  ADDRESS 1.............. | 0000000920   BROAD              ST    |
  ADDRESS 2.............. |                                       |
  TOWN/STATE/ZIP......... | NEWARK                NJ   07102      |
============================= PAPERS SERVED ======================
CERTIFICATION
SUMMONS AND COMPLAINT
================ S E R V I C E   D A T A   R E C O R D E D =======
SERVED SUCCESSFULLY....[X]  UNABLE TO SERVE......| |  DATE..08-12-08

REMARKS:|_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _|
        |_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _|
            COPY PERSONALLY DELIVERED.....................| |
            COPY LEFT WITH:
            COMPETENT HOUSEHOLD MEMBER OVER 14 YEARS OLD
            RESIDING THEREIN..............................| |
            OTHER.........................
PERSON SERVED.........   | MS. VIDALINA GUADALUPE (AUTH. TO ACCEPT). |
                         |                                          |
                         IS IN THE MILITARY....| | NOT IN THE MILITARY...| |
SEX    : | | MALE   | | FEMALE
SKIN   : | | WHITE  | | BLACK   | | YELLOW  | | BROWN  | | RED
HEIGHT:  | | UNDER 5 FEET | | 5.0-5.6FT | | 5.7-6.0 | | OVER 6FT
WEIGHT:  | | UNDER 100LBS | | 100-150LBS | | 151-200LBS | | OVER 200LBS
HAIR   : | | BLACK  | | BROWN   | | BLOND   | | GRAY   | | RED  | | WHITE  | | BALDING
AGE    : | | 14-20  | | 21-35   | | 36-50   | | 51-65  | | OVER 65

                              ARMANDO B. FONTOURA
                              ESSEX COUNTY SHERIFF
                              BY: Donnie Mingo
                                  Process
                              SHERIFFS: [X] OFFICER | | INVESTIGATOR
                              STATE OF NEW JERSEY
```

```
****** P R O O F   O F   S E R V I C E *******   8/12/08
================================================================
CHANCERY DOCKET....08-008059  DEFENDANT SEQUENCE 007 OF 022
OFFICER........ 88101   ~~JOHN CATANZARO~~ MINGO              CONTROL# 472378
TYPE OF EXECUTION........  SUMMONS AND COMPLAINT
================================================================


*================= ATTORNEY =================*
|                                            |
|   WENDIE L. ELOVICH                        |     CHECK #          AMOUNT
|                                            |      6096            371.10
|   180 WHITE ROAD                           |
|   SUITE 204                                |
|   LITTLE SILVER      NJ   07739            |
|                                            |
========================= COURT DATA ======================MARY
COURT OF ISSUANCE........ UNITED STATES DISTRICT COURT      FOLD
  RETURNABLE DATE...              TIME...
  DOCKET..083660KSH    STATE.... NJ     COUNTY OF VENUE....ESSEX COUNTY
========================== CAPTION OF CASE =====================
INDIVIDUAL NAME..........  ANTHONY         KERR
   VS... CITY OF NEWARK ET ALS
====================DEFENDANT OR NAMED WITHIN TO BE SERVED=====
INDIVIDUAL NAME..........  ANIBAL          RAMOS JR
                       *==========================================*
   ADDRESS 1............. | 0000000920    BROAD             ST   |
   ADDRESS 2.............|                                        |
   TOWN/STATE/ZIP........ |NEWARK                 NJ   07102      |
========================== PAPERS SERVED ======================
CERTIFICATION
SUMMONS AND COMPLAINT
================ S E R V I C E   D A T A   R E C O R D E D ========
SERVED SUCCESSFULLY....[X]   UNABLE TO SERVE.......| |  DATE..|08|-|12|-|08|

REMARKS:|                                                        |
        |                                                        |
            COPY PERSONALLY DELIVERED....................| |
            COPY LEFT WITH:
            COMPETENT HOUSEHOLD MEMBER OVER 14 YEARS OLD
               RESIDING THEREIN..........................| |
            OTHER.....................................[X]
PERSON SERVED.......... MS. VIDALINA GUADALUPE (AUTH. TO ACCEPT.)

            IS IN THE MILITARY....| |  NOT IN THE MILITARY...| |
SEX    : | | MALE    | | FEMALE
SKIN   : | | WHITE   | | BLACK   | | YELLOW  | | BROWN  | | RED
HEIGHT : | | UNDER 5 FEET | | 5.0-5.6FT | | 5.7-6.0 | | OVER 6FT
WEIGHT : | | UNDER 100LBS | | 100-150LBS | | 151-200LBS | | OVER 200LBS
HAIR   : | | BLACK   | | BROWN   | | BLOND  | | GRAY  | | RED  | | WHITE  | | BALDING
AGE    : | | 14-20   | | 21-35   | | 36-50  | | 51-65 | | OVER 65

                               ARMANDO B. FONTOURA
                               ESSEX COUNTY SHERIFF
                               BY: Donnie Wright
                                   Process
                               SHERIFFS: [X] OFFICER| |INVESTIGATOR
                               STATE OF NEW JERSEY
```

```
****** P R O O F   O F   S E R V I C E *******      8/12/08
===============================================================================
CHANCERY DOCKET....08-008059  DEFENDANT SEQUENCE 008 OF 022
OFFICER.........  ~~00101~~  ~~JOHN CATANZARO~~  MINGO              CONTROL# 472378
TYPE OF EXECUTION........   SUMMONS AND COMPLAINT
===============================================================================



*================= ATTORNEY =================*
|                                            |
|    WENDIE L. ELOVICH                       |         CHECK #         AMOUNT
|                                            |          6096           371.10
|    180 WHITE ROAD                          |
|    SUITE 204                               |
|    LITTLE SILVER       NJ   07739          |
|                                            |
============================== COURT DATA ========================= MARY
COURT OF ISSUANCE........ UNITED STATES DISTRICT COURT          FOLD _____
   RETURNABLE DATE...                 TIME...
   DOCKET..083660KSH       STATE.... NJ     COUNTY OF VENUE....ESSEX COUNTY
============================== CAPTION OF CASE ================================
INDIVIDUAL NAME..........  ANTHONY            KERR
   VS... CITY OF NEWARK ET ALS
================DEFENDANT OR NAMED WITHIN TO BE SERVED=========================
INDIVIDUAL NAME..........  RONALD             RICE JR
                        *======================================================*
   ADDRESS 1............ | 0000000920    BROAD                 ST            |
   ADDRESS 2............ |                                                   |
   TOWN/STATE/ZIP....... |NEWARK                       NJ    07102           |
========================== PAPERS SERVED ======================================
CERTIFICATION
SUMMONS AND COMPLAINT
================ S E R V I C E   D A T A   R E C O R D E D ====================
SERVED SUCCESSFULLY....  X   UNABLE TO SERVE......| |  DATE.. 08-12-08

REMARKS:|_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _|
        |_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _|
           COPY PERSONALLY DELIVERED..................| |
           COPY LEFT WITH:
           COMPETENT HOUSEHOLD MEMBER OVER 14 YEARS OLD
           RESIDING THEREIN.............................| |
           OTHER.........
PERSON SERVED..........   MS. VIDALINA GUADALUPE (AUTH. TO ACCEPT.)

                    IS IN THE MILITARY....| | NOT IN THE MILITARY...| |
SEX  : | | MALE   | | FEMALE
SKIN : | | WHITE  | | BLACK  | | YELLOW  | | BROWN | | RED
HEIGHT:| | UNDER 5 FEET | | 5.0-5.6FT | | 5.7-6.0 | | OVER 6FT
WEIGHT:| | UNDER 100LBS | | 100-150LBS | | 151-200LBS | | OVER 200LBS
HAIR : | | BLACK  | | BROWN  | | BLOND  | | GRAY  | | RED | | WHITE | | BALDING
AGE  : | | 14-20  | | 21-35  | | 36-50  | | 51-65 | | OVER 65

                                 ARMANDO B. FONTOURA
                                 ESSEX COUNTY SHERIFF
                                 BY: Donnie Mingo
                                     Process
                                 SHERIFFS: X OFFICER | | INVESTIGATOR
                                 STATE OF NEW JERSEY
```

```
****** P R O O F   O F   S E R V I C E  *******    8/12/08
==========================================================================
CHANCERY DOCKET....08-008059   DEFENDANT SEQUENCE 009 OF 022
OFFICER.........88101  JOHN CATANZARO  MINGO            CONTROL# 472378
TYPE OF EXECUTION........    SUMMONS AND COMPLAINT
==========================================================================


*================ ATTORNEY =================*
|                                           |       CHECK #       AMOUNT
|  WENDIE L. ELOVICH                        |        6096         371.10
|                                           |
|  180 WHITE ROAD                           |
|  SUITE 204                                |
|  LITTLE SILVER      NJ   07739            |
|                                           |
==================================== COURT DATA =====================MARY
COURT OF ISSUANCE........ UNITED STATES DISTRICT COURT        FOLD _____
  RETURNABLE DATE...                 TIME...
  DOCKET..083660KSH        STATE.... NJ    COUNTY OF VENUE....ESSEX COUNTY
================================ CAPTION OF CASE =========================
INDIVIDUAL NAME.......... ANTHONY         KERR
   VS... CITY OF NEWARK ET ALS
==================DEFENDANT OR NAMED WITHIN TO BE SERVED==================
INDIVIDUAL NAME.......... OSCAR           JAMES, JR
                         *=======================================*
   ADDRESS 1............. | 0000000920   BROAD              ST   |
   ADDRESS 2.............|                                       |
   TOWN/STATE/ZIP........ |NEWARK                 NJ   07102     |
============================ PAPERS SERVED ===============================
CERTIFICATION
SUMMONS AND COMPLAINT
================ S E R V I C E   D A T A   R E C O R D E D ===============
SERVED SUCCESSFULLY.....X   UNABLE TO SERVE.......| |  DATE..08-12-08

REMARKS:|_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
        |_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
            COPY PERSONALLY DELIVERED.....................| |
            COPY LEFT WITH:
            COMPETENT HOUSEHOLD MEMBER OVER 14 YEARS OLD
            RESIDING THEREIN..............................| |
            OTHER.........................................
PERSON SERVED........... MS. VIDALINA GUADALUNE (AUTH. TO ACCEPT)
                         IS IN THE MILITARY....| | NOT IN THE MILITARY...| |
SEX    : | | MALE   | | FEMALE
SKIN   : | | WHITE  | | BLACK  | | YELLOW  | | BROWN | | RED
HEIGHT : | | UNDER 5 FEET | | 5.0-5.6FT | | 5.7-6.0 | | OVER 6FT
WEIGHT : | | UNDER 100LBS | | 100-150LBS | | 151-200LBS | | OVER 200LBS
HAIR   : | | BLACK  | | BROWN  | | BLOND  | | GRAY | | RED | | WHITE | | BALDING
AGE    : | | 14-20  | | 21-35  | | 36-50  | | 51-65 | | OVER 65

                                ARMANDO B. FONTOURA
                                ESSEX COUNTY SHERIFF
                                BY: Donnie Mingo
                                    Process
                                SHERIFFS:  X OFFICER|  | INVESTIGATOR
                                STATE OF NEW JERSEY
```

```
****** P R O O F   O F   S E R V I C E  *******     8/12/08
===============================================================================
CHANCERY DOCKET....08-008059  DEFENDANT SEQUENCE 010 OF 022
OFFICER.........  ~~COTOT~~  ~~JOHN CATAMARO~~  MINGO           CONTROL# 472378
TYPE OF EXECUTION........    SUMMONS AND COMPLAINT
===============================================================================



*================= ATTORNEY =================*
|                                            |
|   WENDIE L. ELOVICH                        |        CHECK #        AMOUNT
|                                            |         6096          371.10
|   180 WHITE ROAD                           |
|   SUITE 204                                |
|   LITTLE SILVER         NJ    07739        |
|                                            |
=============================== COURT DATA =========================MARY
COURT OF ISSUANCE........ UNITED STATES DISTRICT COURT        FOLD
  RETURNABLE DATE...                TIME...
  DOCKET..083660KSH       STATE.... NJ     COUNTY OF VENUE....ESSEX COUNTY
============================== CAPTION OF CASE ================================
INDIVIDUAL NAME.......... ANTHONY           KERR
   VS... CITY OF NEWARK ET ALS
==================DEFENDANT OR NAMED WITHIN TO BE SERVED=======================
INDIVIDUAL NAME.......... CARLOS            GONZALEZ
                         *===================================================*
    ADDRESS 1............ | 0000000920    BROAD            ST               |
    ADDRESS 2............ |                                                 |
    TOWN/STATE/ZIP....... | NEWARK                    NJ    07102           |
============================== PAPERS SERVED ==================================
CERTIFICATION
SUMMONS AND COMPLAINT
================== S E R V I C E   D A T A   R E C O R D E D ==================
SERVED SUCCESSFULLY..... X   UNABLE TO SERVE......| |   DATE..08-12-08

REMARKS:|                                                                   |
        |                                                                   |
           COPY PERSONALLY DELIVERED.......................| |
           COPY LEFT WITH:
           COMPETENT HOUSEHOLD MEMBER OVER 14 YEARS OLD
           RESIDING THEREIN.................................| |
           OTHER..........                           X
PERSON SERVED..........      MS. VIDALINA GUADALUNE (AUTH. TO ACCEPT).
                                
                             IS IN THE MILITARY....| |  NOT IN THE MILITARY...| |
SEX    : | | MALE   | | FEMALE
SKIN   : | | WHITE  | | BLACK  | | YELLOW | | BROWN | | RED
HEIGHT : | | UNDER 5 FEET | | 5.0-5.6FT | | 5.7-6.0 | | OVER 6FT
WEIGHT : | | UNDER 100LBS | | 100-150LBS | | 151-200LBS | | OVER 200LBS
HAIR   : | | BLACK  | | BROWN  | | BLOND  | | GRAY | | RED | | WHITE | | BALDING
AGE    : | | 14-20  | | 21-35  | | 36-50  | | 51-65 | | OVER 65

                              ARMANDO B. FONTOURA
                              ESSEX COUNTY SHERIFF
                              BY: [signature] Mingo
                              _____
                              SHERIFFS:  X |OFFICER|  | |INVESTIGATOR
                              STATE OF NEW JERSEY
```

```
****** P R O O F   O F   S E R V I C E  *******     8/12/08
================================================================================
CHANCERY DOCKET....08-008059  DEFENDANT SEQUENCE 011 OF 022
OFFICER.........  ~~80181~~  ~~JOHN CATANZARO~~  MINGO        CONTROL# 472378
TYPE OF EXECUTION........    SUMMONS AND COMPLAINT
================================================================================


*================= ATTORNEY ==================*
|                                             |
|   WENDIE L. ELOVICH                         |         CHECK #         AMOUNT
|                                             |          6096           371.10
|   180 WHITE ROAD                            |
|   SUITE 204                                 |
|   LITTLE SILVER      NJ   07739             |
|                                             |
=========================== COURT DATA ===========================MARY
COURT OF ISSUANCE........ UNITED STATES DISTRICT COURT          FOLD _____
   RETURNABLE DATE...                TIME...
   DOCKET..083660KSH       STATE.... NJ    COUNTY OF VENUE....ESSEX COUNTY
========================== CAPTION OF CASE ==========================
INDIVIDUAL NAME..........  ANTHONY          KERR
   VS... CITY OF NEWARK ET ALS
==================DEFENDANT OR NAMED WITHIN TO BE SERVED==================
INDIVIDUAL NAME..........  DONALD           PAYNE JR
                        *===================================================*
   ADDRESS 1............ | 0000000920    BROAD               ST             |
   ADDRESS 2............ |                                                  |
   TOWN/STATE/ZIP....... |NEWARK                    NJ    07102             |
========================= PAPERS SERVED =========================
CERTIFICATION
SUMMONS AND COMPLAINT
================ S E R V I C E   D A T A   R E C O R D E D ================
SERVED SUCCESSFULLY.....[X]   UNABLE TO SERVE.......| |   DATE..|0|8|-|1|2|-|0|8|
REMARKS: |_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _|
         |_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _|
            COPY PERSONALLY DELIVERED.....................| |
            COPY LEFT WITH:
            COMPETENT HOUSEHOLD MEMBER OVER 14 YEARS OLD
            RESIDING THEREIN..............................| |
            OTHER.........................................
PERSON SERVED..........       MS. VIDALINA GUADALUNE (AUTH. TO ACCEPT). [X]

                         IS IN THE MILITARY....| |  NOT IN THE MILITARY...| |
SEX    : | | MALE   | | FEMALE
SKIN   : | | WHITE  | | BLACK  | | YELLOW | | BROWN | | RED
HEIGHT:  | | UNDER 5 FEET | | 5.0-5.6FT | | 5.7-6.0 | | OVER 6FT
WEIGHT:  | | UNDER 100LBS | | 100-150LBS | | 151-200LBS | | OVER 200LBS
HAIR   : | | BLACK  | | BROWN  | | BLOND | | GRAY | | RED | | WHITE | | BALDING
AGE    : | | 14-20  | | 21-35  | | 36-50 | | 51-65 | | OVER 65

                                 ARMANDO B. FONTOURA
                                 ESSEX COUNTY SHERIFF
                                 BY: Donale Mingo
                                     Process
                                 SHERIFFS: [X] OFFICER | | INVESTIGATOR
                                 STATE OF NEW JERSEY
```

```
****** P R O O F   O F   S E R V I C E  *******     8/12/08
============================================================================
CHANCERY DOCKET....08-008059  DEFENDANT SEQUENCE 012 OF 022
OFFICER.........  ~~03101~~  ~~JOHN CATANSARO~~  MINGO         CONTROL# 472378
TYPE OF EXECUTION........    SUMMONS AND COMPLAINT
============================================================================


*================= ATTORNEY =================*
|                                            |
|   WENDIE L. ELOVICH                        |      CHECK #         AMOUNT
|                                            |       6096           371.10
|   180 WHITE ROAD                           |
|   SUITE 204                                |
|   LITTLE SILVER       NJ   07739           |
|                                            |
========================== COURT DATA ======================== MARY
COURT OF ISSUANCE........ UNITED STATES DISTRICT COURT        FOLD _____
  RETURNABLE DATE...              TIME...
  DOCKET..083660KSH       STATE.... NJ    COUNTY OF VENUE....ESSEX COUNTY
========================= CAPTION OF CASE ==================================
INDIVIDUAL NAME.......... ANTHONY     KERR
   VS... CITY OF NEWARK ET ALS
==================DEFENDANT OR NAMED WITHIN TO BE SERVED====================
GOVERNMENT NAME.......... MAYOR CORY BOOKER
                         *====================================*
   ADDRESS 1............ | 0000000920    BROAD           ST   |
   ADDRESS 2............ |                                    |
   TOWN/STATE/ZIP........ |NEWARK              NJ    07102    |
========================== PAPERS SERVED ===================================
CERTIFICATION
SUMMONS AND COMPLAINT
================== S E R V I C E   D A T A   R E C O R D E D ===============
SERVED SUCCESSFULLY.... X   UNABLE TO SERVE....... | |  DATE..|08|-|12|-|08|

REMARKS: |_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _|
         |_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _|
         CLERK................................| |
         SECRETARY............................| |
         AUTH.TO ACCEPT ON BEHALF OF U.S.ATTORNEY...| |
         OTHER................................ X

PERSON SERVED..........   |MR. JIMMY RODRIGUEZ (AUTH. TO ACCEPT.)|
                          IS IN THE MILITARY....| |  NOT IN THE MILITARY...| |
SEX    : | | MALE  | | FEMALE
SKIN   : | | WHITE | | BLACK | | YELLOW | | BROWN | | RED
HEIGHT : | | UNDER 5 FEET | | 5.0-5.6FT | | 5.7-6.0 | | OVER 6FT
WEIGHT : | | UNDER 100LBS | | 100-150LBS | | 151-200LBS | | OVER 200LBS
HAIR   : | | BLACK | | BROWN | | BLOND | | GRAY | | RED | | WHITE | | BALDING
AGE    : | | 14-20 | | 21-35 | | 36-50 | | 51-65 | | OVER 65

                              ARMANDO B. FONTOURA
                              ESSEX COUNTY SHERIFF
                              BY: Dennis Mingo
                                  Det. Process
                              SHERIFFS:  X OFFICER| |INVESTIGATOR
                              STATE OF NEW JERSEY
```

```
****** P R O O F   O F   S E R V I C E *******    8/12/08
=================================================================
CHANCERY DOCKET....08-003059  DEFENDANT SEQUENCE 013 OF 022
OFFICER.........  ~~80101  JOHN CATANZARO~~  MINGO        CONTROL# 472378
TYPE OF EXECUTION........   SUMMONS AND COMPLAINT
=================================================================


*================= ATTORNEY ===================*
|                                              |        CHECK #         AMOUNT
|  WENDIE L. ELOVICH                           |        6096            371.10
|                                              |
|  180 WHITE ROAD                              |
|  SUITE 204                                   |
|  LITTLE SILVER         NJ  07739             |
|                                              |
=========================== COURT DATA ======================MARY
COURT OF ISSUANCE........  UNITED STATES DISTRICT COURT       FOLD
  RETURNABLE DATE...              TIME...
  DOCKET..083660KSH       STATE.... NJ   COUNTY OF VENUE....ESSEX COUNTY
========================= CAPTION OF CASE =======================
INDIVIDUAL NAME.........   ANTHONY        KERR
  VS... CITY OF NEWARK ET ALS
==================DEFENDANT OR NAMED WITHIN TO BE SERVED=========
GOVERNMENT NAME.........   DIRECTOR GARRY MCCARTHY
                      *=======================================*
  ADDRESS 1.............| 0000000031   GREEN           ST     |
  ADDRESS 2.............|                                      |
  TOWN/STATE/ZIP........| NEWARK                NJ   07102    |
========================= PAPERS SERVED =========================
CERTIFICATION
SUMMONS AND COMPLAINT
================ S E R V I C E   D A T A   R E C O R D E D =====
SERVED SUCCESSFULLY.....[X]  UNABLE TO SERVE......| |  DATE..08-/12-/08

REMARKS: |_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
         |_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
         CLERK.......................................| |
         SECRETARY...................................| |
         AUTH.TO ACCEPT ON BEHALF OF U.S.ATTORNEY....| |
         OTHER.......................................[X]
PERSON SERVED........... DET. CORINNE MONTELLA-(AUTH. TO ACCEPT)
                         IS IN THE MILITARY....| |  NOT IN THE MILITARY...| |
SEX    : | | MALE   | | FEMALE
SKIN   : | | WHITE  | | BLACK  | | YELLOW | | BROWN | | RED
HEIGHT : | | UNDER 5 FEET | | 5.0-5.6FT | | 5.7-6.0 | | OVER 6FT
WEIGHT : | | UNDER 100LBS | | 100-150LBS | | 151-200LBS | | OVER 200LBS
HAIR   : | | BLACK  | | BROWN | | BLOND | | GRAY | | RED | | WHITE | | BALDING
AGE    : | | 14-20  | | 21-35 | | 36-50 | | 51-65 | | OVER 65

                             ARMANDO B. FONTOURA
                             ESSEX COUNTY SHERIFF,
                             BY: Dennie Mingo
                                 Process
                             SHERIFFS: [X] OFFICER | | INVESTIGATOR
                             STATE OF NEW JERSEY
```

```
****** P R O O F   O F   S E R V I C E *******        8/12/08
===============================================================================
CHANCERY DOCKET....08-008059  DEFENDANT SEQUENCE 014 OF 022
OFFICER.........   30101   JOHN CATANZARO  MINGO          CONTROL# 472378
TYPE OF EXECUTION........  SUMMONS AND COMPLAINT
===============================================================================


*================ ATTORNEY ================*
|                                          |
|   WENDIE L. ELOVICH                      |      CHECK #        AMOUNT
|                                          |       6096          371.10
|   180 WHITE ROAD                         |
|   SUITE 204                              |
|   LITTLE SILVER      NJ   07739          |
|                                          |
==================================== COURT DATA ======================MARY
COURT OF ISSUANCE........ UNITED STATES DISTRICT COURT          FOLD
  RETURNABLE DATE...                TIME...
  DOCKET..083660KSH       STATE.... NJ     COUNTY OF VENUE....ESSEX COUNTY
================================ CAPTION OF CASE =============================
INDIVIDUAL NAME..........   ANTHONY         KERR
  VS... CITY OF NEWARK ET ALS
=================DEFENDANT OR NAMED WITHIN TO BE SERVED=======================
GOVERNMENT NAME..........   CITY OF NEWRK POLICE DEPARTMENT
                         *==========================================*
  ADDRESS 1.............  | 0000000031   GREEN             ST      |
  ADDRESS 2.............  |                                         |
  TOWN/STATE/ZIP.........  |NEWARK                NJ   07102        |
================================ PAPERS SERVED ==============================
CERTIFICATION
SUMMONS AND COMPLAINT
================== S E R V I C E   D A T A   R E C O R D E D ================
SERVED SUCCESSFULLY.... X  UNABLE TO SERVE.......| |  DATE..08-12-08
REMARKS:|                                                                    |
        |                                                                    |
           CLERK..................................| |
           SECRETARY..............................| |
           AUTH.TO ACCEPT ON BEHALF OF U.S.ATTORNEY| |
           OTHER..................................  X
PERSON SERVED..........  MS. VIDALINA GUADALUNE (AUTH. TO ACCEPT.)

                        IS IN THE MILITARY....| |  NOT IN THE MILITARY...| |
SEX    : | | MALE   | | FEMALE
SKIN   : | | WHITE  | | BLACK  | | YELLOW | | BROWN | | RED
HEIGHT : | | UNDER 5 FEET | | 5.0-5.6FT | | 5.7-6.0 | | OVER 6FT
WEIGHT : | | UNDER 100LBS | | 100-150LBS | | 151-200LBS | | OVER 200LBS
HAIR   : | | BLACK  | | BROWN | | BLOND | | GRAY | | RED | | WHITE | | BALDING
AGE    : | | 14-20  | | 21-35 | | 36-50 | | 51-65 | | OVER 65

                            ARMANDO B. FONTOURA
                            ESSEX COUNTY SHERIFF.
                            BY: [signature] Mingo
                                Process
                            SHERIFFS:  X OFFICER | | INVESTIGATOR
                            STATE OF NEW JERSEY
```

```
****** P R O O F   O F   S E R V I C E  *******      8/12/08
================================================================================
CHANCERY DOCKET....08-008059  DEFENDANT SEQUENCE 015 OF 022
OFFICER.......... 88101    JOHN CATANZARO                       CONTROL# 472378
TYPE OF EXECUTION........    SUMMONS AND COMPLAINT
================================================================================



*================= ATTORNEY =================*
|                                             |
|   WENDIE L. ELOVICH                         |        CHECK #        AMOUNT
|                                             |         6096          371.10
|   180 WHITE ROAD                            |
|   SUITE 204                                 |
|   LITTLE SILVER      NJ   07739             |
|                                             |
=========================== COURT DATA ==========================MARY
COURT OF ISSUANCE........  UNITED STATES DISTRICT COURT         FOLD
  RETURNABLE DATE...                    TIME...
  DOCKET..083660KSH       STATE.... NJ       COUNTY OF VENUE....ESSEX COUNTY
=========================== CAPTION OF CASE ====================================
INDIVIDUAL NAME.........    ANTHONY           KERR
   VS... CITY OF NEWARK ET ALS
================DEFENDANT OR NAMED WITHIN TO BE SERVED==========================
GOVERNMENT NAME..........    CAPTAIN RONALD KINDER
                   *==========================================================*
   ADDRESS 1.............. | 0000000031    GREEN                    ST       |
   ADDRESS 2.............. |                                                  |
   TOWN/STATE/ZIP......... | NEWARK                       NJ   07102          |
=========================== PAPERS SERVED ======================================
CERTIFICATION
SUMMONS AND COMPLAINT
================ S E R V I C E   D A T A   R E C O R D E D =====================
SERVED SUCCESSFULLY..... [X]  UNABLE TO SERVE.......| |  DATE..| 9|-|3|-|08
REMARKS:|_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _|
        |_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _|
         CLERK.......................................| |
         SECRETARY...................................| |
         AUTH. TO ACCEPT ON BEHALF OF U.S. ATTORNEY...| |
         OTHER........Personal...........................[X]

PERSON SERVED..........   |_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _|
                          |_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _|
                         IS IN THE MILITARY....| |  NOT IN THE MILITARY...| |
SEX    : [X] MALE  | | FEMALE
SKIN   : [X] WHITE | | BLACK | | YELLOW | | BROWN | | RED
HEIGHT : | | UNDER 5 FEET | | 5.0-5.6FT |[X] 5.7-6.0 | | OVER 6FT
WEIGHT : | | UNDER 100LBS | | 100-150LBS |[X] 151-200LBS | | OVER 200LBS
HAIR   : | | BLACK | | BROWN |[X] BLOND | | GRAY | | RED | | WHITE | | BALDING
AGE    : | | 14-20 | | 21-35 |[X] 36-50 | | 51-65 | | OVER 65

                          ARMANDO B. FONTOURA
                          ESSEX COUNTY SHERIFF
                          BY: _____

                          SHERIFFS:  [X] |OFFICER|  |INVESTIGATOR
                          STATE OF NEW JERSEY
```

```
******  P R O O F   O F   S E R V I C E  *******    8/12/08
================================================================================
CHANCERY DOCKET....08-008059  DEFENDANT SEQUENCE 016 OF 022
OFFICER......... 88101  JOHN CATANZARO                    CONTROL# 472378
TYPE OF EXECUTION.......    SUMMONS AND COMPLAINT
================================================================================


*================= ATTORNEY =================*
|                                            |
|  WENDIE L. ELOVICH                         |       CHECK #         AMOUNT
|                                            |        6096           371.10
|  180 WHITE ROAD                            |
|  SUITE 204                                 |
|  LITTLE SILVER       NJ   07739            |
|                                            |
=========================== COURT DATA ============================MARY
COURT OF ISSUANCE........ UNITED STATES DISTRICT COURT         FOLD
  RETURNABLE DATE...              TIME...
  DOCKET..083660KSH        STATE.... NJ    COUNTY OF VENUE....ESSEX COUNTY
=========================== CAPTION OF CASE ===================================
INDIVIDUAL NAME.......... ANTHONY              KERR
   VS... CITY OF NEWARK ET ALS
==================DEFENDANT OR NAMED WITHIN TO BE SERVED======================
GOVERNMENT NAME.......... SERGEANT BERNARD BYNUM
                        *==============================================*
   ADDRESS 1............ | 0000000031     GREEN                ST      |
   ADDRESS 2............ |                                             |
   TOWN/STATE/ZIP....... | NEWARK                     NJ    07102      |
=========================== PAPERS SERVED =====================================
CERTIFICATION
SUMMONS AND COMPLAINT
================== S E R V I C E   D A T A   R E C O R D E D =================
SERVED SUCCESSFULLY..... [X]  UNABLE TO SERVE.......| |  DATE..| 9|-|3|-|08
REMARKS: |_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _|
         |_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _|
              CLERK............................................| |
              SECRETARY........................................| |
              AUTH.TO ACCEPT ON BEHALF OF U.S.ATTORNEY..........| |
              OTHER........... Personal .......................[X]

PERSON SERVED............   |_Sgt Bernard Bynum_ _ _ _ _ _ _ _ _ _ _|
                            IS IN THE MILITARY....| |  NOT IN THE MILITARY...| |
SEX    : [X] MALE   | | FEMALE
SKIN   : | | WHITE  [X] BLACK  | | YELLOW  | | BROWN  | | RED
HEIGHT : | | UNDER 5 FEET | | 5.0-5.6FT [X] 5.7-6.0 | | OVER 6FT
WEIGHT : | | UNDER 100LBS | | 100-150LBS [X] 151-200LBS | | OVER 200LBS
HAIR   : [X] BLACK  | | BROWN  | | BLOND  | | GRAY  | | RED  | | WHITE  | | BALDING
AGE    : | | 14-20  | | 21-35  [X] 36-50  | | 51-65  | | OVER 65

                          ARMANDO E. FONTOURA
                          ESSEX COUNTY SHERIFF
                          BY: _____

                          SHERIFF:   |X| OFFICER|  | INVESTIGATOR
                          STATE OF NEW JERSEY
```

```
****** P R O O F   O F   S E R V I C E  *******    8/12/08
===============================================================================
CHANCERY DOCKET....08-008059  DEFENDANT SEQUENCE 017 OF 022
OFFICER......... 88101   JOHN CATANZARO                    CONTROL# 472378
TYPE OF EXECUTION........    SUMMONS AND COMPLAINT
===============================================================================


*================= ATTORNEY =================*
|                                            |       CHECK #           AMOUNT
|   WENDIE L. ELOVICH                        |        6096             371.10
|                                            |
|   180 WHITE ROAD                           |
|   SUITE 204                                |
|   LITTLE SILVER       NJ   07739           |
|                                            |
================================== COURT DATA ==========================MARY
COURT OF ISSUANCE........ UNITED STATES DISTRICT COURT           FOLD _____
  RETURNABLE DATE...                  TIME...
  DOCKET..083660KSH       STATE.... NJ       COUNTY OF VENUE....ESSEX COUNTY
=============================== CAPTION OF CASE ===============================
INDIVIDUAL NAME.......... ANTHONY         KERR
   VS... CITY OF NEWARK ET ALS
==================DEFENDANT OR NAMED WITHIN TO BE SERVED=======================
GOVERNMENT NAME.......... LIEUTENANT PABLO RODRIGUEZ
                        *=============================================*
   ADDRESS 1............ | 0000000031    GREEN              ST        |
   ADDRESS 2............ |                                            |
   TOWN/STATE/ZIP....... | NEWARK                   NJ    07102       |
=============================== PAPERS SERVED =================================
CERTIFICATION
SUMMONS AND COMPLAINT
================== S E R V I C E   D A T A   R E C O R D E D ==================
SERVED SUCCESSFULLY..... [X]  UNABLE TO SERVE.......| |   DATE..| 9|-|3|-|8|

REMARKS:|_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _|
        |_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _|
           CLERK....................................| |
           SECRETARY................................| |
           AUTH.TO ACCEPT ON BEHALF OF U.S.ATTORNEY..| |
           OTHER........ Personal ..................|X|
PERSON SERVED..........  | Lt. Pablo Rodriguez                         |
                         |_____|
                         IS IN THE MILITARY....| |  NOT IN THE MILITARY...| |
SEX    : [X] MALE   | | FEMALE
SKIN   : [X] WHITE  | | BLACK  | | YELLOW | | BROWN | | RED
HEIGHT : | | UNDER 5 FEET | | 5.0-5.6FT [X] 5.7-6.0 | | OVER 6FT
WEIGHT : | | UNDER 100LBS | | 100-150LBS [X] 151-200LBS | | OVER 200LBS
HAIR   : [X] BLACK  | | BROWN  | | BLOND  | | GRAY | | RED | | WHITE | | BALDING
AGE    : | | 14-20  | | 21-35  [X] 36-50  | | 51-65 | | OVER 65

                                    ARMANDO B. FONTOURA
                                    ESSEX COUNTY SHERIFF
                                    BY: _____

                                    SHERIFFS:  [X] OFFICER | | INVESTIGATOR
                                    STATE OF NEW JERSEY
```

```
****** P R O O F   O F   S E R V I C E  *******    8/12/08
===============================================================================
CHANCERY DOCKET....08-008059  DEFENDANT SEQUENCE 018 OF 022
OFFICER......... 88101   JOHN CATANZARO                      CONTROL# 472378
TYPE OF EXECUTION........     SUMMONS AND COMPLAINT
===============================================================================



*================ ATTORNEY ==================*
|                                            |
|   WENDIE L. ELOVICH                        |         CHECK #         AMOUNT
|                                            |          6096           371.10
|   180 WHITE ROAD                           |
|   SUITE 204                                |
|   LITTLE SILVER      NJ   07739            |
|                                            |
======================================= COURT DATA ====================MARY
COURT OF ISSUANCE........ UNITED STATES DISTRICT COURT       FOLD
  RETURNABLE DATE...               TIME...
  DOCKET..083660KSH        STATE.... NJ    COUNTY OF VENUE....ESSEX COUNTY
========================= CAPTION OF CASE =====================================
INDIVIDUAL NAME.......... ANTHONY         KERR
   VS... CITY OF NEWARK ET ALS
===================DEFENDANT OR NAMED WITHIN TO BE SERVED======================
GOVERNMENT NAME.......... LIEUTENANT DARRIN MARESCA
                        *==========================================*
  ADDRESS 1.............. | 0000000031    GREEN              ST    |
  ADDRESS 2.............. |                                        |
  TOWN/STATE/ZIP......... |NEWARK                   NJ   07102     |
=========================== PAPERS SERVED =====================================
CERTIFICATION
SUMMONS AND COMPLAINT
================ S E R V I C E   D A T A   R E C O R D E D ===================
SERVED SUCCESSFULLY..... [X]   UNABLE TO SERVE.......| |  DATE..|09|-|03|-|08|

REMARKS: |_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _|
         |_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _|
            CLERK......................................| |
            SECRETARY..................................| |
            AUTH.TO ACCEPT ON BEHALF OF U.S.ATTORNEY...| |
            OTHER...... Personal........................[X]
PERSON SERVED..........   |_Lt_Darren_Maresco_ _ _ _ _ _ _ _ _ _|
                          IS IN THE MILITARY....| | NOT IN THE MILITARY...| |
SEX  : [X] MALE  | | FEMALE
SKIN : [X] WHITE | | BLACK | | YELLOW | | BROWN | | RED
HEIGHT: | | UNDER 5 FEET | | 5.0-5.6FT [X] 5.7-6.0 | | OVER 6FT
WEIGHT: | | UNDER 100LBS | | 100-150LBS [X] 151-200LBS | | OVER 200LBS
HAIR : | | BLACK | | BROWN | | BLOND | | GRAY | | RED | | WHITE [X] BALDING
AGE  : | | 14-20 | | 21-35 [X] 36-50 | | 51-65 | | OVER 65

                              ARMANDO B. FONTOURA
                              ESSEX COUNTY SHERIFF
                              BY: _____
                              _____
                              SHERIFFS/ [X] |OFFICER| |INVESTIGATOR
                              STATE OF NEW JERSEY
```

```
****** P R O O F   O F   S E R V I C E *******    8/12/08
================================================================================
CHANCERY DOCKET....08-008059  DEFENDANT SEQUENCE 019 OF 022
OFFICER......... 88101   ~~JOHN CANZARO~~ MINGO                 CONTROL# 472378
TYPE OF EXECUTION........   SUMMONS AND COMPLAINT
================================================================================


*================ ATTORNEY ================*
|                                          |        CHECK #         AMOUNT
|   WENDIE L. ELOVICH                      |
|                                          |         6096            371.10
|   180 WHITE ROAD                         |
|   SUITE 204                              |
|   LITTLE SILVER      NJ   07739          |
|                                          |
================================ COURT DATA ==========================MARY
COURT OF ISSUANCE........  UNITED STATES DISTRICT COURT      FOLD
  RETURNABLE DATE...                  TIME...
  DOCKET..083660KSH      STATE.... NJ   COUNTY OF VENUE....ESSEX COUNTY
================================ CAPTION OF CASE ==============================
INDIVIDUAL NAME..........  ANTHONY         KERR
  VS... CITY OF NEWARK ET ALS
==================DEFENDANT OR NAMED WITHIN TO BE SERVED======================
GOVERNMENT NAME..........  LIUTENANT SALVATORE RUSSOMANO
                          *=============================================*
  ADDRESS 1..............  | 0000000031    GREEN              ST       |
  ADDRESS 2..............  |                                           |
  TOWN/STATE/ZIP.........  |NEWARK               NJ    07102           |
================================ PAPERS SERVED ================================
CERTIFICATION
SUMMONS AND COMPLAINT
================== S E R V I C E   D A T A   R E C O R D E D ==================
SERVED SUCCESSFULLY..... X   UNABLE TO SERVE.......| |  DATE.. 08-12-08
REMARKS: |_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _|
         |_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _|
           CLERK..................................| |
           SECRETARY..............................| |
           AUTH.TO ACCEPT ON BEHALF OF U.S.ATTORNEY| |
           OTHER..................................| X |
PERSON SERVED..........    LT. SALVATORE RUSSOMANO
                         IS IN THE MILITARY....| | NOT IN THE MILITARY...| |
SEX    : | | MALE   | | FEMALE
SKIN   : | | WHITE  | | BLACK   | | YELLOW  | | BROWN  | | RED
HEIGHT:  | | UNDER 5 FEET | | 5.0-5.6FT | | 5.7-6.0 | | OVER 6FT
WEIGHT:  | | UNDER 100LBS | | 100-150LBS | | 151-200LBS | | OVER 200LBS
HAIR   : | | BLACK  | | BROWN  | | BLOND  | | GRAY  | | RED | | WHITE | | BALDING
AGE    : | | 14-20  | | 21-35  | | 36-50  | | 51-65 | | OVER 65

                              ARMANDO B. FONTOURA
                              ESSEX COUNTY SHERIFF
                              BY: Donnie Mingo
                                  Process
                              SHERIFFS: X OFFICER | | INVESTIGATOR
                              STATE OF NEW JERSEY
```

```
****** P R O O F   O F   S E R V I C E *******      8/12/08
================================================================================
CHANCERY DOCKET....08-008059  DEFENDANT SEQUENCE 020 OF 022
OFFICER......... 88101   JOHN CATANZARO                        CONTROL# 472378
TYPE OF EXECUTION........   SUMMONS AND COMPLAINT
================================================================================
```

```
*================ ATTORNEY =================*
|                                           |         CHECK #        AMOUNT
|   WENDIE L. ELOVICH                       |         6096           371.10
|                                           |
|   180 WHITE ROAD                          |
|   SUITE 204                               |
|   LITTLE SILVER       NJ   07739          |
|                                           |
================================ COURT DATA =====================MARY
COURT OF ISSUANCE........ UNITED STATES DISTRICT COURT        FOLD _____
  RETURNABLE DATE...                TIME...
  DOCKET..083660KSH        STATE.... NJ      COUNTY OF VENUE....ESSEX COUNTY
============================ CAPTION OF CASE ==================================
INDIVIDUAL NAME.......... ANTHONY           KERR
  VS... CITY OF NEWARK ET ALS
=================DEFENDANT OR NAMED WITHIN TO BE SERVED========================
GOVERNMENT NAME.......... CAPTAIN WILLIAM SANCHEZ
                       *==========================================*
  ADDRESS 1............. | 0000000031     GREEN              ST  |
  ADDRESS 2............. |                                        |
  TOWN/STATE/ZIP........ |NEWARK                NJ   07102        |
============================== PAPERS SERVED ==================================
CERTIFICATION
SUMMONS AND COMPLAINT
================ S E R V I C E   D A T A   R E C O R D E D ===================
SERVED SUCCESSFULLY..... [X]  UNABLE TO SERVE....... | |  DATE..| |9|-|3|-|18|
REMARKS:
             CLERK......................................| |
             SECRETARY..................................| |
             AUTH.TO ACCEPT ON BEHALF OF U.S.ATTORNEY...| |
             OTHER......... Personal ...................|X|
PERSON SERVED.........
                         IS IN THE MILITARY....| |   NOT IN THE MILITARY...| |
SEX    : [X] MALE    | | FEMALE
SKIN   : [X] WHITE   | | BLACK   | | YELLOW  | | BROWN  | | RED
HEIGHT:  | | UNDER 5 FEET  | | 5.0-5.6FT [X] 5.7-6.0  | | OVER 6FT
WEIGHT:  | | UNDER 100LBS  | | 100-150LBS  [X] 151-200LBS  | | OVER 200LBS
HAIR   : [X] BLACK   | | BROWN  | | BLOND  | | GRAY  | | RED  | | WHITE  | | BALDING
AGE    :  | | 14-20  | | 21-35  [X] 36-50  | | 51-65  | | OVER 65

                              ARMANDO B. FONTOURA
                              ESSEX COUNTY SHERIFF
                              BY:  _____

                              SHERIFF    [X] |OFFICER|   |INVESTIGATOR
                              STATE OF NEW JERSEY
```