# Newark

**Cory Booker**
Mayor

**Department of Law**

920 Broad Street
Newark NJ 07102
973-733-3880
Fax 973 733-5394

**Julien X. Neals**
Corporation Counsel
Michael A. Oppici
Assistant Corporation Counsel
Direct Dial (973) 733-5894
oppicim@ci.newark.nj.us

July 27, 2009

**(By Electronic Filing)**

Honorable Patty Shwartz, U.S.M.J.
M.L. King, Jr., Federal Bldg &
United States Courthouse
50 Walnut Street
Newark, New Jersey 07102

    RE:    **Anthony Kerr v. City of Newark, et al**
             **Civil Action No. 08-3660 (KSH-PS)**

Dear Judge Shwartz:

This office represents Defendants City of Newark and the City of Newark Police Department (hereinafter, the "City") with respect to the above-entitled action. By way of the within letter, we confirm the availability of all counsel to engage in a Settlement Conference in Your Honor's Courtroom on Thursday, August 6, 2009 at 3:30 p.m..

We thank the Court for Your Honor's time and consideration regarding this matter.

                                    Very truly yours,

                                    JULIEN X. NEALS
                                    CORPORATION COUNSEL

            By:    **s/ MICHAEL A. OPPICI**
                     Michael A. Oppici
                     Assistant Corporation Counsel

C:    Kelly Waters, Esq. (by e-file)
       Basem Ramadan, Esq. (by e-file)
       John Zidziuins, Esq. (by e-file)
       Robert Gunning, Esq. (by e-file)
       Wendi Elovich, Esq. (by e-file)

*[Handwritten note:] Plaintiff, Corporation counsel and trial counsel shall appear on Aug 6, 2009 at 3:30. So ordered this 27th day of July, 2009. Patty Shwartz, Hon. Patty Shwartz*