# City of Newark

**Cory Booker**
Mayor

Department of Law

920 Broad Street
Newark NJ 07102
973-733-3880
Fax 973 733-5394

Julien X. Neals
Corporation Counsel

Michael A. Oppici
Assistant Corporation Counsel
Direct Dial (973) 733-5894
oppicim@ci.newark.nj.us

November 23, 2009

**(By Electronic Filing)**

Honorable Katharine S. Hayden, U.S.D.J.
Frank R. Lautenberg
U.S. P.O. & Courthouse, Room 311
P.O. Box 999
Newark, New Jersey 07101-0999

See →

RE: Anthony Kerr v. City of Newark, et al
Civil Action No. 08-3660 (KSH-PS)

Dear Judge Hayden:

This office represents Defendants City of Newark and the City of Newark Police Department (hereinafter, referred to as "Defendants" or "City") with respect to the above-entitled action. On November 2, 2009, the Court issued a Text Order granting the City an additional 30 days within which settlement must be consummated, or November 26, 2009. The City respectfully requests an additional two (2) weeks within which settlement proceeds must issue to Plaintiff.

The within matter will be placed before the Municipal Council for its approval at its meeting scheduled for December 2, 2009. Every effort will be made to ensure the settlement proceeds issue within one (1) week after such approval, or by December 9, 2009.

Further, I asked counsel this date if she consented to a brief extension of time, as requested herein. Counsel indicated she could not consent because her client is

Anthony Kerr v. City of Newark, et al
November 23, 2009
Page - 2 –

currently unavailable to discuss this issue. Moreover, I informed counsel that her reply to the within correspondence should be filed by November 24, 2009, as instructed by Chambers, in light of the Thanksgiving holiday.

We thank the Court for Your Honor's time and patience regarding this matter.

Very truly yours,

JULIEN X. NEALS
CORPORATION COUNSEL

By: s/ MICHAEL A. OPPICI
Michael A. Oppici
Assistant Corporation Counsel

C: Julien X. Neals, Corporation Counsel (by e-file)
Wendi Elovich, Esq. (by e-file)
Eric S. Pennington, Esq. (by e-file)
Basem Ramadan, Esq. (by e-file)
John Zidziunis, Esq. (by e-file)
Kelly Waters, Esq. (by e-file)
Robert Gunning, Esq. (by e-file)

*So Ordered, based on the Municipal Council's scheduled meeting as represented by Mr. Oppici.*

*KSHayden*
*11/24/09*