# City of Newark

Ras Baraka
Mayor

---

**Department of Law**

920 Broad Street
Newark NJ 07102
973-733-3880
Fax 973 733-5394

Karen Brown
Corporation Counsel

Michael A. Oppici
Assistant Corporation Counsel
Direct Dial (973) 733-5894
oppicim@ci.newark.nj.us

September 22, 2014

ORDER

**(By E-File)**

Honorable Katharine S. Hayden, U.S.D.J.
Frank R. Lautenberg
U.S. P.O. & Courthouse, Room 311
P.O. Box 999
Newark, New Jersey 07101-0999

    RE: **Anthony Kerr v. City of Newark, et al
           Civil Action No. 08-3660 (KSH-PS)**

Dear Judge Hayden:

    A hearing is scheduled before Your Honor on September 23 and 24, 2014 with respect to Plaintiff's motion to enforce the settlement agreement. Both the City and Mr. Kerr wish to adjourn those hearings and instead schedule a settlement conference before Your Honor. I spoke with Mr. Kerr, who consents to the foregoing.

    The parties respectfully request that the Court schedule a settlement conference. The City's earliest availability is October 29, 30 or 31, 2014; November 10, 11 and 12, 2014.

    The City thanks the Court for Your honor's time and consideration regarding this matter.

<u>Anthony Kerr v. City of Newark, et al</u>
September 22, 2014
Page - 2 –

                                              Respectfully submitted,

                                              KAREN BROWN
                                              CORPORATION COUNSEL

By:                     _____
                                              Michael A. Oppici
                                              Assistant Corporation Counsel

C:      Anthony Kerr (by email)

*Request Denied.

SO ORDERED: _____
                        KATHARINE S. HAYDEN, U.S.D.J.

DATE: _____9/22/14_____