# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

### Minutes of Proceedings

Judge   Katharine S. Hayden              9/23/14
                                         Date of Proceedings

Court Reporter   Ralph Florio
Court Deputy     RoseMarie Olivieri-Guilloty

*Title of Case:*                          Docket # 08-3660

Kerr v City of Newark

*Appearances:*

Anthony Kerr, pro se
Michael Oppici, Esq
John Zidziunas, Esq.
Vivian Sanks-King, Esq.

*Nature of Proceeding:*

Status conference held on the record regarding the pending settlement in this matter.
Hearing to continue on 11/3/14 at 2:30 p.m.

Time in court:   2:00

                    RoseMarie Olivieri-Guilloty
                    RoseMarie Olivieri-Guilloty, Deputy Clerk