WILLIE PARKER
CORPORATION COUNSEL
City of Newark
Department of Law
920 Broad Street
Newark, New Jersey 07102
(973)733-3880 (Office)
(973)733-5394 (Facsimile)
Attorney for Defendants, City of Newark, City of Newark Police Department, Luis Quintana, Augusto Amador, Mildred C. Crump, Dana Rone, Anibal Ramos, Jr., Carlos Gonzalez, Donald Payne, Jr., Oscar James, Ronald Rice and Cory Booker

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY KERR, | Civil Action No. ~~10-03284 (JLL-MAH)~~ |
| **Plaintiff,** | 0 8 cv 03660 (KSH)(PS) |
| v. | |
| CITY OF NEWARK, CITY OF NEWARK POLICE DEPARTMENT, CAPTAIN RONALD KINDER, SERGEANT BERNARD BYRUM, DIRECTOR GARY McCARTHY, LT. PABLO RODRIQUEZ, LT. DARREN MARESCA, LT. SALVATORE RUSSOMANO, CAPTAIN WILLIAM SANCHEZ, DONALD BRADLEY, LUIS QUINTANA, AUGUSTO AMADOR, MILDRED C. CRUMP, DANA RONE, ANIBAL RAMOS, JR., CARLOS GONZALEZ, DONALD PAYNE, JR., OSCAR JAMES, RONALD RICE, CORY BOOKER, and JOHN and JANE DOES 1-10. | **SUBSTITUTION OF ATTORNEY** |
| **Defendants.** | |

THE UNDERSIGNED hereby consent to the substitution of Eric S. Pennington, Esq., as attorney for Defendants, City of Newark, the improperly plead City of Newark Police Department, Luis Quintana, Augusto Amador, Mildred C. Crump, Dana Rone, Anibal Ramos, Jr., Carlos Gonzalez, Donald

Payne, Jr., Oscar James, Ronald Rice and Cory Booker.

**(Withdrawing Attorney)**
**City of Newark**
**Department of Law**

MICHAEL A. OPPICI, ESQ
**Assistant Corporation Counsel**

Dated: 7-29-2015

**(Superseding Attorney)**
**Eric S. Pennington, Esq.**
**Eric S. Pennington, P.C.**

ERIC S. PENNINGTON, ESQ.

Dated: 7-31-2015

2